```
 1  JULIE M. MCCOY, Bar No. 129640
    LAW OFFICES OF JULIE M. MCCOY                    JS-6
 2  JACQUELYNE M. NGUYEN, Bar No. 249658
    1670 SANTA ANA AVE., SUITE K
 3  COSTA MESA, CA 92627
    Telephone: (949) 722-0055
 4  Fax:(949) 722-8416

 5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Frederick Burwell, aka<br><br>F. Carl Burwell Jr.,<br><br>        Defendant | No. CV 11-00549<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Frederick Burwell, aka F. Carl Burwell Jr., in the principal amount of $2,326.39 plus interest accrued to January 13, 2011, in the sum of $4,732.82; with interest accruing thereafter at the daily rate of $0.57 until entry of judgment, for a total amount of **$7,059.21**.

DATED: May 20, 2011          By: _/s/ Percy Anderson_

                                              Hon. Percy Anderson, U.S. District Judge